UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                Plaintiff,

      -against-

ALL GOVERNMENTS IDENTIFIED IN
SUIT ET AL,

              Defendants.

26-cv-304 (GBD)

CIVIL JUDGMENT

For the reasons stated in the April 27, 2026, order, the Court dismisses this action as frivolous.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.

Dated:    April 30, 2026
           New York, New York

                          /s/ George B. Daniels
                            GEORGE B. DANIELS
                      United States District Judge